No. 03–7338 (03A400). KEEL v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Edgecombe County, N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 7, 2003

No. 03–330. CHINERY, EXECUTRIX OF THE ESTATE OF CHINERY, ET AL. v. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CYBERGENICS CORP. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.1.

NOVEMBER 10, 2003

No. 03A287. LAMKINS ET AL. v. LAMBERT ET AL. C. A. 11th Cir. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. 03A292. BOWMAN v. ROBINSON, ADMINISTRATOR, ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION. Sup. Ct. Ill. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. 02–1668. VAN SYOC v. HOUSING AUTHORITY AND URBAN REDEVELOPMENT AGENCY OF THE CITY OF ATLANTIC CITY ET AL., ante, p. 815. Motion of respondents for damages denied.

No. 03–6260. WILLIAMS v. AFC ENTERPRISES, INC., ET AL. Ct. App. La., 3d Cir. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 1, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 03–6913. IN RE BEASLEY;
No. 03–6936. IN RE LEWIS;
No. 03–6951. IN RE WHITAKER; and
No. 03–6972. IN RE BRUCE. Petitions for writs of habeas corpus denied.